No. 86–7009.   IN RE SHIBUYA;
No. 86–7012.   IN RE SHIBUYA; and
No. 87–5032.   IN RE SHIBUYA.   Motions of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 26, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of mandamus without reaching the merits of the motions to proceed *in forma pauperis*.

No. 86–7147.   MACLIN v. MOBILE CONSORTIUM ET AL.   C. A. 11th Cir.;
No. 87–5085.   BROWN v. CITY OF ST. LOUIS ET AL.   C. A. 8th Cir.; and
No. 87–5137.   MCCULLUM v. MICHIGAN.   Ct. App. Mich.   Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 26, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 87–113.   HERCEG ET AL. v. HUSTLER MAGAZINE, INC. C. A. 5th Cir.   Motion of Charles H. Keating, Jr., for leave to file a brief as *amicus curiae* granted.

No. 87–159.   OHIO CASUALTY INSURANCE CO. v. DOWNEY SAVINGS & LOAN ASSN.   Ct. App. Cal., 2d App. Dist.   Motions of California Bankers Association and Washington Legal Foundation for leave to file briefs as *amici curiae* granted.